**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *Plaintiff-Appellee*, | No. 16-17197 |
| | D.C. No. 2:12-cv-00536-GMN-VCF |
| v. | |
| AMG CAPITAL MANAGEMENT, LLC; BLACK CREEK CAPITAL CORPORATION; BROADMOOR CAPITAL PARTNERS, LLC; LEVEL 5 MOTORSPORTS, LLC; SCOTT A. TUCKER; PARK 269 LLC; KIM C. TUCKER, *Defendants-Appellants*. | ORDER |

On Remand from the United States Supreme Court

Filed June 8, 2021

Before:  Diarmuid F. O'Scannlain and Carlos T. Bea, Circuit Judges, and Richard G. Stearns,[*] District Judge.

Order

---

[*] The Honorable Richard G. Stearns, United States District Judge for the District of Massachusetts, sitting by designation.

## ORDER

In light of the Supreme Court's decision in *AMG Capital Mgmt., LLC v. FTC*, 141 S. Ct. 1341 (2021), the opinion of this Court dated December 3, 2018, 910 F.3d 417, is **VACATED**, and judgment is entered **REVERSING** the district court's order awarding equitable monetary relief to the FTC. We remand this case to the district court for further proceedings consistent with the Supreme Court's opinion.

**REVERSED and REMANDED.**